# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-CR-367 |
| Sean McLaughlin | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean McLaughlin                                                                                                      .

Date:      08/13/2020

*Attorney's signature*

Muhammad Elsayed, 86151
*Printed name and bar number*

3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030

*Address*

me@greenspunlaw.com
*E-mail address*

(703) 352-0100
*Telephone number*

(703) 591-7268
*FAX number*